IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOROTHY GAMBUZZA and JOSEPH GAMBUZZA, H/W<br>　　　　Plaintiffs<br><br>VS.<br><br>SANDS BETHWORKS GAMING, LLC,<br>d/b/a SANDS CASINO RESORT<br>BETHLEHEM<br>　　　　Defendant. | CIVIL ACTION<br>NO. 5:17-CV-03572-JFL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), Plaintiffs, Dorothy and Joseph Gambuzza and Defendant Sands Bethworks Gaming, LLC by and through their undersigned counsel, hereby STIPULATE and AGREE that any and all claims in this matter against the Sands Bethworks Gaming, LLC have been resolved and settled and this case should be DISMISSED WITH PREJUDICE, and without costs to any party.

_____
Scott A. Portner, Esquire
FREEDMAN & LORRY, P.C.
1601 Market Street, Suite 1500
Philadelphia, PA 19103
COUNSEL FOR PLAINTIFFS
DOROTHY AND JOSEPH GAMBUZZA

DATED: 11/27/18

_____
Robert J. Balch, Esquire
POST & SCHELL
1245 S Cedar Crest Blvd., Suite 300
Allentown, PA 18103
COUNSEL FOR DEFENDANT
SANDS BETHWORKS GAMING, LLC

DATED: November 27, 2018